DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 233P14 | State v. Domenico Alexander Lockhart | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1460) | Denied<br><br>**Hunter, J., recused** |
|---|---|---|---|
| 234P12-3 | State v. Titus Lamont Batts | Def's *Pro Se* Motion to Dismiss for Improper Filing | Dismissed |
| 239P14 | State v. Winston Harvey Stephens, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA14-8)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss the Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 240P14 | Alisa G. Henderson v. Jason Jordan Henderson | Def's PDR Under N.C.G.S. § 7A-31 (COA 13-843) | Denied |
| 245P14 | Reinaldo Olavarria v. Wake County Human Services: Mary Morris, Warren Ludwig, Marilyn Fletcher, Ramon Rojano, Kathy Sutehall, Linda Clements<br><br>Wendell Police Department: Roy D. Holloway, James E. Gill, Vance Johnson | 1. Plt's *Pro Se* NOA Based Upon a Constitutional Question (COA13-1215)<br><br>2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' (Wendell Police Department, Roy D. Holloway, James E. Gill, and Vance Johnson) Motion to Dismiss Appeal<br><br>4. Defs' (Wake County Human Services, Mary Morris, Warren Ludwig, Marilyn Fletcher, Ramon Rojano, Kathy Sutehall, and Linda Clements) Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed<br><br>**Hunter, J., recused** |
| 247P14 | State v. Marco Santaine Davis | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA13-952) | Denied |